UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  20CR1223-JLS |
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| ROGELIO FLORES GUZMAN, | |
| Defendant. | |

Neither party having filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8), the Court hereby **VACATES** the Sentencing Hearing currently set for **September 24, 2021**; the hearing is **CONTINUED** to **Friday, October 15, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  September 21, 2021

Hon. Janis L. Sammartino
United States District Judge