# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-1223-JLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| ROGELIO FLORES GUZMAN | |
| Defendants. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Sentencing date in the above-entitled matter shall be continued from **November 24, 2021**, at **9:00 a.m**., to **December 17, 2021**, at **9:00 a.m.**

**IT IS SO ORDERED**.

Dated:  November 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge