UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>ROGELIO FLORES GUZMAN,<br><br>                            Defendant. | Case No.: 20CR1223-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 27, 2022**; the hearing is **CONTINUED** to **Wednesday, July 20, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: May 24, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge